**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DENNIS J. DONOGHUE,

            Plaintiff,

            v.

VENU HOLDING CORP.,

            Nominal Defendant,

            And

KEVIN WAYNE O'NEIL,

            Defendant.

26-cv-3852

Case No. _____

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff and his counsel hereby gives notice

that Plaintiff voluntarily dismisses this case, with prejudice and without costs as to any party.

Dated:        New York, New York
                June 23, 2026

*s/ Miriam Tauber*
Miriam Tauber (MT-1979)
MIRIAM TAUBER LAW PLLC
885 Park Avenue 2A
New York NY 10075
323.790.4881
MiriamTauberLaw@gmail.com

David Lopez (DL-6779)
LAW OFFICES OF DAVID LOPEZ
171 Edge of Woods Rd., PO Box 323
Southampton NY 11968
631.287.5520
DavidLopezEsq@aol.com

      *Attorneys for Plaintiff*

1